

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 13, 2015

**BY CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re: **United States v. Paul Ceglia**
          **Docket No. 15-628**

Dear Ms. Wolfe,

    On March 11, 2015, the Government moved to dismiss this appeal based in part on the fugitive disentitlement doctrine because defendant-appellant Paul Ceglia has jumped bail. The Government writes to ensure that the Court is aware that Ceglia has another appeal pending before this Court in a civil case, and the Court issued an order yesterday morning in that case requiring Ceglia to show cause why that appeal should not be dismissed as a result of Ceglia's having become a fugitive. *See Ceglia* v. *Holder*, 14-1752, Docket Entry 85.

                            Respectfully submitted,

                            PREET BHARARA
                          United States Attorney
                          Southern District of New York

                          /s/ *Alexander J. Wilson*
                          Alexander J. Wilson
                          Assistant United States Attorney
                          (212) 637-2453

cc:    Defense Counsel (by ECF)